**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

> FILED
>
> APR 1 4 2011
>
> CLERK, U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA
> BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

VINCENTE LUNA-NUNEZ    ,

                    Defendant.

CASE NO. 10CR2344-JM

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ · an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:_ as charged in the Information _.

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: APRIL 14, 2011

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE


ENTERED ON _____